# 22-MJ-04159-MCALILEY

FILED BY __MM__ D.C.
Dec 19, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF,<br><br>v.<br><br>IZABELLA ZERBINATTI<br><br>       DEFENDANT(S) | CASE NUMBER:<br><br>2:22-cr-00583-SB    1<br><br><br>**WARRANT FOR ARREST** |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest IZABELLA ZERBINATTI, and bring her forthwith to the nearest Magistrate Judge to answer an Indictment charging him/her with Interference with Flight Crew Members and Attendants, and Simple Assault in violation of Title 49, United States Code, Section 46504 and Title 18, United States Code, Section 113(a)(5).

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>V. VELASCO<br>SIGNATURE OF DEPUTY CLERK | December 13, 2022    Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By:   ALEXANDER F. MacKINNON<br>     UNITED STATES MAGISTRATE JUDGE |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. IZABELLA ZERBINATTI DEFENDANT(S) | CASE NUMBER: 1 <br><br> **WARRANT FOR ARREST** |
|---|---|

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|

| YEAR OF BIRTH: **1975** | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: **FBI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IZABELLA ZERBINATTI,<br><br>　　　　Defendant. | CR No.<br><br>I N D I C T M E N T<br><br>[49 U.S.C. § 46504: Interference with Flight Crew Members and Attendants; 18 U.S.C. § 113(a)(5): Simple Assault; 49 U.S.C. § 46506(1): Application of Certain Laws to Acts on Aircraft] |

The Grand Jury charges:

COUNT ONE

[49 U.S.C. § 46504]

On or about October 6, 2022, while on an aircraft in the special aircraft jurisdiction of the United States, namely, Jet Blue Flight 786 from Miami, Florida, to Los Angeles, California, which landed at Los Angeles International Airport, within the Central District of California, defendant IZABELLA ZERBINATTI knowingly assaulted a flight attendant of the aircraft, namely, S.R., and in doing so,

interfered with the performance of the duties of the flight attendant and flight crew members and lessened the ability of the flight attendant and flight crew members to perform their duties.

|   |   |
|---|---|
| 1 | COUNT TWO |
| 2 | [49 U.S.C. § 46504] |
| 3 | On or about October 6, 2022, while on an aircraft in the special |
| 4 | aircraft jurisdiction of the United States, namely, Jet Blue Flight |
| 5 | 786 from Miami, Florida, to Los Angeles, California, which landed at |
| 6 | Los Angeles International Airport, within the Central District of |
| 7 | California, defendant IZABELLA ZERBINATTI knowingly assaulted a |
| 8 | flight attendant of the aircraft, namely, S.W., and in doing so, |
| 9 | interfered with the performance of the duties of the flight attendant |
| 10 | and flight crew members and lessened the ability of the flight |
| 11 | attendant and flight crew members to perform their duties. |

COUNT THREE

[18 U.S.C. § 113(a)(5); 49 U.S.C. § 46506(1)]

On or about October 6, 2022, while on an aircraft in the special aircraft jurisdiction of the United States, namely, Jet Blue Flight 786 from Miami, Florida, to Los Angeles, California, which landed at Los Angeles International Airport, within the Central District of California, defendant IZABELLA ZERBINATTI intentionally used a display of force that reasonably caused A.E. to fear imminent bodily harm.

A TRUE BILL

_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

MICHAEL J. MORSE
Assistant United States Attorney
General Crimes Section

4